STATE OF NEW JERSEY v. BARRY TAYLOR.

May 13, 1980.

Petition for certification denied.

JOSEPH PASSARO v. MARYLAND CASUALTY COMPANY.

May 13, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. RUTH D. HINSON.

May 13, 1980.

Petition for certification denied.